# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RYAN S. MCREYNOLDS

NO. 2019 KW 1577

MAR 0 3 2020

---

In Re:    Ryan S. McReynolds, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 579257-15.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling as relator failed to include a copy of the application for postconviction relief and supporting memorandum, the State's response, the district court's ruling, the bill of information, and any other pertinent documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before April 28, 2020, and should include the missing items noted above and a copy of this ruling.

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

_Renée L Reed_
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.